IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONCIN

| | |
|---|---|
| **VERNA IP HOLDINGS, LLC,**<br>　　　Plaintiff,<br><br>v.<br><br>**SINGLEWIRE SOFTWARE, LLC,**<br>　　　Defendant | Civil Action No. 3:25-cv-00072-WMC<br><br>**JURY TRIAL DEMANDED** |

**(proposed) ORDER on DEFENDANT'S MOTION TO DISMISS**

The Court, having considered Defendant Singlewire Software, LLC's ("Singlewire") Motion to Dismiss[1] ("Defendant's Motion"), Plaintiff Verna IP Holdings, LLC's ("Verna") response and the pleadings on file, is of the OPINION that it should be DENIED. Accordingly, it is ORDERED that Defendant's Motion is DENIED.

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　Judge Presiding

---

[1] Doc. No. 7.