# EXHIBIT 2



Login

# Business Search

Home

Search

Forms

As of 6/17/2025 we have processed all business filings received in our office through 6/16/2025.

**To file an amendment on a Business Record, search for the business, and choose File Amendment from the slide out drawer.**

You must be logged in to file amendments. Please click on the Log In button in the top right and log in. If you do not have an account, please create one. The credentials from the previous system did not transfer to this system.

Business Search Info: ⌄



Verna IP H

Advanced ⌄

## VERNA IP HOLDINGS, LLC


File Amendment


Request Certificate

| | |
|---:|:---|
| Business Name | VERNA IP HOLDINGS, LLC |
| Status | Dissolved |
| Initial Filing Date | 06/20/2011 |
| Entity Type | Domestic Limited Liability Company |
| Entity Sub-Type | Domestic LLC |
| Formed In | New Mexico |
| Record # | 4457362 |
| Agent | LUIS M. ORTIZ 6605 Uptown Blvd NE, 6605 Uptown Blvd NE, Albuquerque, NM 87110 |
| Organizers and Incorporators | KERMIT D. LOPEZ: Organizer LUIS M. ORTIZ: Organizer ANTHONY F. VERNA: Organizer |
| Alternate Business Names | |


View History

**Results: 1**

| Name | Business ID |
|---|---|
| VERNA IP HOLDINGS, LLC › | 4457362 |

Case: 3:25-cv-00072-wmc    Document #: 25-2    Filed: 07/30/25    Page 3 of 3

