IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **VERNA IP HOLDINGS, LLC,** | |
| Plaintiff, | C.A. No. 3:25-CV-00072 |
| v. | **JURY TRIAL DEMANDED** |
| **SINGLEWIRE SOFTWARE, LLC** | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 12(b)(1)
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Before the Court is Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1).

Having considered the motion, and for good cause shown, the motion is hereby GRANTED. It is therefore ORDERED that Verna IP Holdings, LLC's claims are hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE