IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **VERNA IP HOLDINGS, LLC,**<br>      Plaintiff,<br><br>v.<br><br>**SINGLEWIRE SOFTWARE, LLC,**<br>      Defendant | **Civil Action No. 3:25-cv-00072-WMC**<br><br><br>**JURY TRIAL DEMANDED** |

### (proposed) ORDER on DEFENDANT SINGLEWIRE SOFTWARE, LLC.'S RULE 12(B)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

The Court, having considered Defendant Singlewire Software, LLC.'s Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction[1] ("Defendant's Motion"), Plaintiff's response, and all other pleadings and evidence of record, is of the opinion, that it should be DENIED.  Accordingly, it is ORDERED that Defendant's Motion is DENIED.  Each party is to bear its own fees and costs.

_____        _____
Date                                                                                              Judge Presiding

---

[1] Doc. No. 25.

1