IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **VERNA IP HOLDINGS, LLC,**<br>Plaintiff, | Civil Action No. 3:25-cv-00072-WMC |
| v. | |
| **SINGLEWIRE SOFTWARE, LLC,**<br>Defendant | **JURY TRIAL DEMANDED** |

## DECLARATION OF LUIS ORTIZ

1.  My name is Luis Ortiz. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2.  I am licensed to practice law in the states of Texas and New Mexico, and I am a member manager of Verna IP Holdings, LLC of Texas. I was a former member manager of Verna IP Holdings, LLC of New Mexico until it's dissolution. I owned 50% of Verna IP Holdings, LLC of New Mexico and received 50% of its profit or loss. Likewise, I now own 50% of Verna IP Holdings, LLC of Texas and receive 50% of its profit or loss. Kermit Lopez and I agreed to share in the profits and losses of Verna IP Holdings, LLC of Texas on October 11, 2023, as we had done through Verna IP Holdings, LLC of New Mexico.

3.  Exhibit A is a true and correct copy of a resolution by the members of Verna IP Holdings, LLC to change from New Mexico LLC to a Texas LLC dated September 18, 2023.

4.  Exhibit B is true and correct copy of a certificate of formation for Verna IP Holdings, LLC of Texas ("Verna Texas") issued by the Texas Secretary of State on October 24, 2023.

5. I intended for Verna Texas to be formed on or about September 18, 2023, when I as a member of Verna IP Holdings LLC of New Mexico resolved to change the LLC from being formed in New Mexico to being formed in Texas. However, I did not cause the certificate of formation to be filed in Texas until October 11, 2023, and the Texas LLC entity was not formally formed as a registered limited liability company until October 24, 2023, by the Texas Secretary of State.

6. I and Kermit Lopez assigned the '932 patent from Verna IP Holdings LLC of New Mexico to Verna IP Holdings LLC of Texas on October 11, 2023. Exhibit D is a true and correct copy of the assignment for the '932 patent dated October 11, 2023.

7. On October 22, 2023, the New Mexico Secretary of State dissolved Verna IP Holdings LLC of New Mexico.

8. From October 11, 2023, until October 24, 2023, it was my intent and understanding that the '932 patent was assigned from Verna IP Holdings LLC of New Mexico to Verna IP Holdings LLC of Texas.

9. As of September 18, 2023, Kermit Lopez and I had agreed to form Verna IP Holdings LLC of Texas and transfer the '932 patent from Verna IP Holdings LLC of New Mexico to Verna IP Holdings LLC of Texas. The agreement to form Verna IP Holdings LLC of Texas to hold the '932 patent was both oral and later written through the resolution of September 18, 2023,[1] and patent assignment of October 11, 2023.[2]

10. Our intent to form Verna IP Holdings LLC of Texas to hold and monetize the '932 patent is further shown through the filing on October 11, 2023, of the necessary paperwork to

---

[1] Ex. A.
[2] Ex. D.

2

officially form a registered limited liability company in Texas named Verna IP Holdings LLC of Texas, as shown in Exhibit C.

11. It is my understanding that from October 11, 2023, to October 24, 2023, Verna IP Holdings LLC of Texas was a partnership between myself and Kermit Lopez because we agreed to carry on the business of Verna IP Holdings LLC of Texas, a for profit company.

12. I understand that from October 11, 2023, until October 24, 2023, I was operating Verna IP Holdings LLC of Texas as a partnership without the protection of the limited liability company shield. However, the registration of Verna IP Holdings LLC of Texas was finalized on October 24, 2023.

13. As October 11, 2023, Verna IP Holdings LLC of New Mexico had no debts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2025.

_____
Luis Ortiz