# EXHIBIT A

**VERNA IP HOLDINGS, LLC**
6605 Uptown Boulevard NE, Suite 240.
Albuquerque, NM 87110
Tel. (505) 314-1311

## RESOLUTION BY THE MEMBERS
## FOR CHANGE OF REGISRTATION STATE AND COMPANY ADDRESS

We, the undersigned, the members of this limited liability company, consent and agree that the following company resolution was made on the 18th day of September 2023, at 6605 Uptown Boulevard NE, Suite 240, Albuquerque NM 87110.

We do hereby consent to the adoption of the following as if it was adopted at a specially called meeting of the members for this Company. In accordance with State laws and the Operating Agreement of this Company, the members decided unanimously that:

The State of registration for the LLC will be moved to Texas from New Mexico given the LLC's ongoing patent litigation and monetization activities that are actively occurring in The State of Texas; and

The LLC's address will be changed to 5900 Balconies Drive, Suite 100, Austin Tx, USA 78731.

Now, therefore, it is resolved, that the Company shall:

Change the State of registration for the LLC to The State of Texas; and

Change the LLC's address to 5900 Balconies Drive, Suite 100, Austin Tx, USA 78731.

The members of this Company are authorized to perform the acts to carry out this Resolution.

We, the undersigned members of this limited liability company, unanimously consent and agree to all of the above on this 18th day of September 2023.

_____    9/18/2023
Luis M. Ortiz, Member                Date

_____    9/18/2023
Kermit D. Lopez, Member              Date