# EXHIBIT C

# TEXAS SECRETARY of STATE
# JANE NELSON

Corporations Section                                                           Jane Nelson
P.O.Box 13697                                                            Secretary of State
Austin, Texas 78711-3697



**Office of the Secretary of State**

**Transaction Receipt**

Session ID: 101123XO3250
Document #: 1293594950004
October 11, 2023

Your document, or your order for copies or certificates, has been received through SOSDirect. For future reference, please make note of the document number above.

If you submitted a document, this receipt is not evidence that it has been approved for filing. All documents must be reviewed for statutory compliance.

You will be notified by email when your document is either filed or rejected, or when your order is ready.

- To track the progress of a document, visit the Business Filing Tracker at:https://webservices.sos.state.tx.us/filing-status/status.aspx

- To return to the SOSDirect Business Organizations menu, click here.

Thank you for allowing us to assist you with your request. Whether you are filing a business or need assistance with another service, the Texas Secretary of State is here to serve you.