# EXHIBIT 5

| | |
|---|---|
| **From:** | William P. Ramey, III |
| **To:** | Neil Ramsaroop |
| **Cc:** | Neil McNabnay; David Conrad; Philip Brown; James Mullen; Kevin Seltzer; Rachel Mathews; Regina Black; Christina Osborne; Cindy Hart |
| **Subject:** | RE: Verna IP v Singlewire Software (3:25cv72) (Document Production Vol No. SINGLEWIRE_VOL001) |
| **Date:** | Thursday, March 5, 2026 2:16:49 PM |

[This email originated outside of F&R.]

Hi Neil,

Would your client an equitable motion to reform the assignment? This might be a clean way to remove the issue?

Bill

**From:** Neil Ramsaroop <Ramsaroop@fr.com>
**Sent:** Tuesday, March 3, 2026 6:36 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Neil McNabnay <McNabnay@fr.com>; David Conrad <Conrad@fr.com>; Philip Brown <pgbrown@fr.com>; James Mullen <mullen@fr.com>; Kevin Seltzer <seltzer@fr.com>; Rachel Mathews <mathews@fr.com>; Regina Black <black@fr.com>; Christina Osborne <osborne@fr.com>; Cindy Hart <hart@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Subject:** Verna IP v Singlewire Software (3:25cv72) (Document Production Vol No. SINGLEWIRE_VOL001)

Counsel,

Documents produced on behalf of Singlewire Software bates stamped **SINGLEWIRE_0000001 - SINGLEWIRE_0001127** can be found at the link below in an encrypted zip file. The passwords for the FTP and zip file will be sent in a separate email.

Link to production :        https://send.fr.com/link/ss8AHYBe2b9Fbg0g6HJp0X

The link will expire March 18, 2026.

If you have any issues accessing the link, or contents contained therein please do not hesitate to contact me.

Thank you.

-Neil

**Neil Ramsaroop**

Litigation Case Manager ■ Fish & Richardson P.C.

**T:** 212 641 2298

Ramsaroop@fr.com | Bio | LinkedIn | fr.com

7 Times Square, 20th Floor, New York, NY 10036

```
*************************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*************************************************************************************
************************************
```