# EXHIBIT 6

# US 11403932 Verna
# vs
# Singlewire Software InformaCast

# U.S. Patent No. 11,403,932



Claims priority from a provisional application        5/24/2011

Total patent Term Adjustments:  188 days



https://support.singlewire.com/s/global-search/languages

https://support.singlewire.com/s/article/Send-TTS-audio-as-audio-only-message

May 16, 2017·Knowledge

# Related Products

- The following chart is based on the review of Singlewire Software InformaCast.



https://www.singlewire.com/informacast

https://web.archive.org/web/20230000000000*/https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

3

# US 11,403,932 Claim 1

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

converting the digitized voice alert into at least one language selected from a plurality of language for broadcast of the digitized voice alert through the at least one wireless hand held device; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

4

# US 11,403,932 Claim 18

18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 1

18. A method for **providing instant emergency voice alerts** to wireless hand held device users **in a specified region**, the method comprising:

Singlewire Software InformaCast provides instant emergency "**Lockdown intruder on campus**" voice alerts "**text to speech**" to wireless hand held device users "**Mobile phones**" in a specified region "**Campus**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

6

# US 11,403,932 Claim 1

**determining an emergency situation** affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

Singlewire Software InformaCast, enables an operator to **determine an emergency situation**, such as a "**Intruder**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 1

| | |
|---|---|
| determining an emergency situation **affecting a specified region** and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | Singlewire Software InformaCast, enables an operator, to determine an emergency situation, **affecting a specified region** "**On Campus**". |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 1

| | |
|---|---|
| determining an emergency **situation affecting a specified region** **and requiring emergency notification** of the emergency situation to wireless hand held device users in the specified region; | Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region **and requiring emergency notification** **"Deliver Notifications to:".** |

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

7

# US 11,403,932 Claim 1

determining an emergency **situation affecting a specified region and requiring emergency notification of the emergency situation** to wireless hand held device users in the specified region;

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification **of the emergency situation** "**Intruder**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 1

determining an emergency **situation affecting a specified region and requiring emergency notification** of the emergency situation **to wireless hand held device users** in the specified region;

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification of the emergency situation **to wireless hand held device users** (for example, "**Mobile phones**")

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

# US 11,403,932 Claim 1

determining an emergency **situation affecting a specified region and requiring emergency notification** of the emergency situation **to wireless hand held device users in the specified region;**

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification of the emergency situation **in the specified region** "**On Campus.**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

# US 11,403,932 Claim 1

<table>
<tr>
<td>

**generating and converting a text message indicative of the emergency situation into a digitized voice alert; and**

</td>
<td>

Singlewire Software InformaCast can **generate and convert a text message "text to speech indicative of the emergency situation "Intruder alert"  into a digitized voice alert "text to speech"** **indicative of the emergency situation into a digitized voice alert**, for example, **the users Mobile phone receives a "text to speech" message of the emergency situation..**

</td>
</tr>
</table>



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://www.singlewire.com/informacast

10

# US 11,403,932 Claim 1

**converting the digitized voice alert into at least one language selected from a plurality of language for broadcast of the digitized voice alert through the at least one wireless hand held device; and**

Singlewire Software InformaCast can **convert a digitized voice alert "text to speech" into at least one language**, for example, **"English"** selected from a plurality of languages **"English, Spanish, Portuguese"** for broadcast to a hand held wireless device **"mobile Phone".**



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| | Fire Alarm Systems | |

https://waw.singlewire.com/informacast

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region | On information and belief, Singlewire Software InformaCast **transmits the digitized voice alert "text to speech" to a user's "Mobile Phone" through specific towers of a cellular communications network (the cell tower near the cell phone user) in the specified region "target specific zones, individuals, groups or devices.".** |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://www.singlewire.com/emergency-notification

10

# US 11,403,932 Claim 1

| | |
|---|---|
| **for distribution of an emergency announcement about the emergency situation** | Singlewire Software InformaCast, transmits the digitized voice alert for distribution of an emergency announcement **" Deliver Notifications to:"** about the emergency situation "**Intruder alert**". |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://www.singlewire.com/informacast

# US 11,403,932 Claim 1

provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

On information and belief, Singlewire Software InformaCast transmits the digitized voice alert to a user's "**Mobile Phone**" through specific towers of a cellular communications network (the cell tower near the cell phone user) in the specified region "**On Campus.**".



**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| | Fire Alarm Systems | |

https://www.singlewire.com/informacast

https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

# US 11,403,932 Claim 18

18. A method for **providing instant emergency voice alerts** to wireless hand held device users **in a specified region**, the method comprising:

Singlewire Software InformaCast provides instant emergency **"Lockdown intruder on campus"** voice alerts **"text to speech"** to wireless hand held device users **"Mobile phones"** in a specified region **"Campus"**.



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

# US 11,403,932 Claim 18

**determining an emergency situation** affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

Singlewire Software InformaCast, enables an operator to **determine an emergency situation**, such as a "**Intruder**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 18

| determining an emergency situation **affecting a specified region** and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | Singlewire Software InformaCast, enables an operator, to determine an emergency situation, **affecting a specified region** "**On Campus**". |
| --- | --- |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 18

determining an emergency situation affecting a specified region **and requiring emergency notification** of the emergency situation to wireless hand held device users in the specified region;

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region **and requiring emergency notification** **"Deliver Notifications to:".**

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

# US 11,403,932 Claim 18

determining an emergency **situation affecting a specified region and requiring emergency notification** **of the emergency situation** to wireless hand held device users in the specified region;

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification **of the emergency situation** "**Intruder**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

7

# US 11,403,932 Claim 18

determining an emergency **situation affecting a specified region and requiring emergency notification** of the emergency situation **to wireless hand held device users** in the specified region;

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification of the emergency situation **to wireless hand held device users** (for example, "**Mobile phones**")

**Deliver notifications to:**

| | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| Personal Computers | Fire Alarm Systems | |

https://www.singlewire.com/informacast

7

# US 11,403,932 Claim 18

determining an emergency **situation affecting a specified region and requiring emergency notification** of the emergency situation **to wireless hand held device users** **in the specified region;**

Singlewire Software InformaCast, enables an operator, to determine an emergency situation, affecting a specified region and requiring emergency notification of the emergency situation **in the specified region** "**On Campus.**".



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

# US 11,403,932 Claim 18

| | |
|---|---|
| **generating and converting a text message indicative of the emergency situation into a digitized voice alert; and** | Singlewire Software InformaCast can **generate and convert a text message** "**text to speech indicative of the emergency situation** "**Intruder alert**" **into a digitized voice alert** "**text to speech**" **indicative of the emergency situation into a digitized voice alert**, for example, **the users Mobile phone receives a "text to speech" message of the emergency situation..** |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

| Deliver notifications to: | | |
|---|---|---|
| IP Phones | Digital Signage | Two-Way Radios |
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| | Fire Alarm Systems | |

https://www.singlewire.com/informacast

10

# US 11,403,932 Claim 18

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region

On information and belief, Singlewire Software InformaCast **transmits the digitized voice alert "text to speech" to a user's "Mobile Phone" through specific towers of a cellular communications network (the cell tower near the cell phone user) in the specified region "target specific zones, individuals, groups or devices.".**



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://www.singlewire.com/emergency-notification

10

# US 11,403,932 Claim 18

| | |
|---|---|
| **for distribution of an emergency announcement about the emergency situation** | Singlewire Software InformaCast, transmits the digitized voice alert for distribution of an emergency announcement **" Deliver Notifications to:"** about the emergency situation "**Intruder alert**". |



https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech



https://www.singlewire.com/informacast

# US 11,403,932 Claim 18

| provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | On information and belief, Singlewire Software InformaCast transmits the digitized voice alert to a user's "**Mobile Phone**" through specific towers of a cellular communications network (the cell tower near the cell phone user) in the specified region "**On Campus.**". |
|---|---|



**Deliver notifications to:**

| IP Phones | Digital Signage | Two-Way Radios |
|---|---|---|
| IP Based Speakers | Overhead Paging | Collaboration Tools |
| Mobile Phones | Tablets | |
| | Fire Alarm Systems | |

https://www.singlewire.com/informacast

![LOCKDOWN - Intruder On screen and ALERT - LOCKDOWN - Intruder On Campus display with blue beacon light]

https://support.singlewire.com/s/article/InformaCast-Fusion-Text-to-Speech

10